**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| ISAAC MORRIS, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:13-cv-21 (WLS) |
| Warden CEDRIC TAYLOR *et al*, | : |
| Defendants. | : |

## **ORDER**

Before the Court is a filing styled as a Notice of Appeal from Plaintiff Isaac Morris. To the extent the Notice should be construed as a motion to certify an interlocutory appeal, the motion is **DENIED**. Under 28 U.S.C. § 1292, a district court may certify an order for an interlocutory appeal if the court is "of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C § 1292(b). According to his filing, Morris seeks to appeal the Court's October 7, 2013 Order denying his motion to certify an interlocutory appeal. The Order did not involve a controlling question of law as to which there is a substantial ground for difference of opinion, and the appeal would not advance termination of the litigation.

In addition, to the extent Morris' motion should be construed as a motion for reconsideration, Morris has not presented new evidence, a change of law, or a clear error of law in the Court's previous Order.

1

For those reasons, the motion (Doc. 26) is **DENIED**.

**SO ORDERED**, this 26th day of November, 2013.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, JUDGE**
        **UNITED STATES DISTRICT COURT**